**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NEXTCLIMB INVESTMENTS, LLC
Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

Civil Action No. 1:26-cv-08315

**JURY TRIAL DEMANDED**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff NextClimb Investments LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that it voluntarily dismisses all Defendants without prejudice.

- Dated October 6, 2026

Respectfully submitted,
By:*/s/ Shaoyi Che*

Shaoyi Che
(che@yzlaw.com)
TX Bar: 24139843

YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382

**CERTIFICATE OF SERVICE**

I, Shaoyi Che, hereby certify that a true and correct copy of the foregoing was electronically filed with the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Shaoyi Che*
Shaoyi Che